# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Ameresco Select, Inc. ) | ASBCA No. 62338 |
| ) | |
| Under Contract No. DE-AM36-08GO29029 ) | |
| Delivery Order No. SP0600-15-F-8001 ) | |

APPEARANCE FOR THE APPELLANT:     Ron R. Hutchinson, Esq.
                                   Doyle & Bachman LLP
                                   Arlington, VA

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
                                   DLA Chief Trial Attorney
                                   Yevgeniy P. Malashenok, Esq.
                                   Todd Muse, Esq.
                                   Trial Attorneys
                                   DLA Energy
                                   Fort Belvior, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 25, 2020

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62338, Appeal of Ameresco Select, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals